UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOFIA MIRABEL MIRANDA UTATE,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY.,

Defendant.

26 CIVIL 01166 (OTW)

# JUDGMENT

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Stipulation and Order dated November 17, 2026, the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings and a new decision pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, Plaintiff will be offered the opportunity for a new hearing. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:** New York, New York
November 19, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**